IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO A. RANSOM | : | CIVIL ACTION |
| v. | : | |
| MICROSOFT, et al. | : | NO. 12-3575 |

### ORDER

AND NOW, this 27th day of June, 2012, upon consideration of plaintiff's complaint and his motion to proceed *in forma pauperis*, IT IS ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

3. This case shall be marked CLOSED.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.